# UNITED STATES DISTRICT COURT
for the
District of New Jersey

## MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA
*Plaintiff*

v.

DARLIN LEON
*Defendant*

MAGISTRATE JUDGE: CATHY L. WALDOR

CASE NO. 25-mj-9178-CLW

DATE OF PROCEEDINGS: 3/28/2025

DATE OF ARREST: 3/28/2025

**PROCEEDINGS:** Initial Appearance

- [X] COMPLAINT
- [X] ADVISED OF RIGHTS [X] Padilla Brady
- [ ] WAIVER OF COUNSEL
- [X] APPT. OF COUNSEL: [X] AFPD [ ] CJA
- [X] WAIVER OF HRG: [X] PRELIM [ ] REMOVAL
- [ ] CONSENT TO MAGISTRATE'S JURISDICTION
- [ ] PLEA ENTERED: [ ] GUILTY [ ] NOT GUILTY
- [ ] PLEA AGREEMENT
- [ ] RULE 11 FORM
- [ ] FINANCIAL AFFIDAVIT EXECUTED [X] FINANCIAL COLLOQUY
- [X] Consented to video conference
- [ ]
- [ ]
- [ ]

- [X] DETAINED W/O PREJUDICE TO MAKE A BAIL APPLICATION LATER
- [ ] CONSENT TO DETENTION WITH RIGHT TO MAKE A BAIL APPLICATION AT A LATER TIME
- [ ] BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
- [ ] BAIL SET:
  - [ ] UNSECURED BOND
  - [ ] SURETY BOND SECURED BY CASH/PROPERTY
- [ ] TRAVEL RESTRICTED
- [ ] REPORT TO PRETRIAL SERVICES
- [ ] DRUG TESTING AND/OR TREATMENT
- [ ] MENTAL HEALTH TESTING AND/OR TREATMENT
- [ ] SURRENDER AND/OR OBTAIN NO PASSPORT
- [ ] SEE ORDER SETTING CONDITIONS OF RELEASE FOR ADDITIONAL CONDITIONS

**HEARING SET FOR:**

- [ ] PRELIMINARY/REMOVAL HRG. DATE:
- [ ] DETENTION/BAIL HRG. DATE:
- [ ] TRIAL: [ ] COURT [ ] JURY DATE:
- [ ] SENTENCING DATE:
- [ ] OTHER: DATE:

**APPEARANCES:**

AUSA: ARIEL DOUEK

DEFT. COUNSEL: LINDA FOSTER

PO/PTS: BRIAN CASTRO PTS

INTERPRETER IRENE CARAMUTA (standby)
Language: SPANISH

TIME COMMENCED: 2:45 p.m
TIME TERMINATED: 2:52 p.m.
CD NO: ZOOM

Querube Abreu
DEPUTY CLERK